TAYLOR *et al. v.* TANNER.

HILL, J. 1. An approved brief of evidence is an indispensable part of a motion for a new trial; and if not prepared and presented as provided in the order setting the hearing in vacation, the motion for a new trial is properly dismissed on motion.

2. The final judgment complained of being the dismissal of the motion for a new trial, exceptions taken pending the trial of the main case, which are appropriate to be taken in a motion for new trial, are not reviewable.
*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
                        JANUARY 12, 1915.

Motion for new trial. Before Judge Conyers. Jeff Davis superior court. November 1, 1913.

*C. E. Hay* and *L. D. Passmore,* for plaintiffs in error.
*L. E. Heath,* contra.